UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                                Case No. 8:21-mj-299-JSM-JSS

OFFIONG ARNEZ GILLIMAS
_____

UNITED STATES OF AMERICA

-vs-                                                                Case No. 8:21-mj-1955-CPT

DE ANNA MARIE STINSON

### CLERK'S MINUTES
Proceeding: Initial Appearance
*Zoom Videoconference*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: September 24, 2021 |
| Deputy Clerk: Ashley Sanders | Time: 3:38 p.m. |
| USPO: Anthony Zarate | Recess: 4:39 p.m. |
| Court Reporter: Digital | Total Time: 61 mins |
| Interpreter: none | |

Counsel for USA: John Cannizzaro and Lisa Thelwell, AUSA
Counsel for Defendants: Percy King, AFPD

Court calls case and counsel enters appearances.

All hearing participates confirm that they can see and hear on another.

Defendants consent to proceed by way of zoom videoconference.

Oral Due Process Order pronounced.

Court advises of certain constitutional rights. Defendants understand.

Court advises of charges/violations.

Defendants waive full and formal reading of the charging document.

Oral motion for counsel by both defendants. Court inquires as to financial status. Court appoints the Public Defender's Office to represent Defendant Gillimas. Court provisionally appoints the Public Defender's Office to represent Defendant Stinson.

GILLIMAS: Government moves for detention. Defendant bears the burden.
Defendant reserves on the issue of bond.

STINSON: Government moves for detention. Danger to the community, nature and circumstances of the offense.
Defendant moves for release.
Court orders defendant detained.

Both defendants request to hold a preliminary hearing. Preliminary hearing for Defendant Stinson scheduled for October 5, 2021 at 1:00 p.m. Preliminary hearing for Defendant Gillimas scheduled for October 5, 2021 at 2:00 p.m. Both hearings will be scheduled via Zoom videoconference.

Recess.