AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. 8:21-mj-1955-CPT |
| De Anna Stinson | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* De Anna Stinson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Solicitation to Commit a Crime of Violence and Murder for Hire, in violation of 18 U.S.C. §§ 373 and 1958.

Date: 09/20/2021

*Issuing officer's signature*

City and state: Tampa, Florida

CHRISTOPHER P. TUITE, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9-23-21, and the person was arrested on *(date)* 9-23-21
at *(city and state)* TAMPA, FL

Date: 9-23-21

Sign for FBI
*Arresting officer's signature*

*Printed name and title*