# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 8:21-mj-1955-CPT-1

DE ANNA MARIE STINSON
_____ /

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, **DE ANNA MARIE STINSON**, in the above-styled cause.

The Clerk is requested to enter the appearance of **A. FITZGERALD HALL**, Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of **PERCY KING**, Assistant Federal Defender, as notice counsel for the Defendant.

DATED this 29th day of September 2021.

Respectfully submitted,

A. FITZGERALD, ESQUIRE
FEDERAL DEFENDER

/s/ A. Fitzgerald Hall
A. Fitzgerald Hall, Esq.
Federal Defender
Florida Bar No. 0137138
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Fax: (813) 228-2562
Email: Alec_Hall@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of September 2021, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Lisa Marie Thelwell, AUSA

/s/ A. Fitzgerald Hall
A. Fitzgerald Hall, Esq.
Federal Defender