# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                 Case No.: 8:21-mj-01955-CPT-1

DE ANNA STINSON

_____/

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The Office of the Federal Public Defender has been appointed by the Court to represent the Defendant, De Anna Stinson, in the above-styled cause.

The Clerk is requested to enter the appearance of Nicole Hardin, Assistant Federal Defender, as counsel for the Defendant.

The Clerk is requested to withdraw the name of Percy King Assistant Federal Defender, as notice counsel for the Defendant.

DATED this 29th day of September, 2021.

                                                  Respectfully submitted,

                                                  A. FITZGERALD HALL
                                                  FEDERAL DEFENDER

                                                  */s Nicole Hardin*
                                                  Nicole Hardin, Esq.
                                                  Assistant Federal Defender
                                                  Bar#:0026194
                                                  400 North Tampa Street
                                                  Suite 2700

Tampa, FL. 33602  
Tel.:  (813) 228-2715  
Fax:  (813) 228-2562  
Email:        Nicole_Hardin@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of September, 2021, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Lisa Thelwell, AUSA

<u>/s Nicole Hardin</u>  
Nicole Hardin  
Assistant Federal Defender