UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,   Case No. 8:21-mj-1955-CPT

Plaintiff,           ☐
Government       ☒           ☒ Evidentiary
                                          ☐ Trial
                                          ☐ Other

v.

DEANNA MARIE STINSON

Defendant          ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | | | | Criminal Complaint |
| | | | | |
| | | | | |
| | | | | |
| | | | | |