# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

-vs-                                                     Case No. 8:21-mj-1955-CPT

DE ANNA MARIE STINSON

### CLERK'S MINUTES
Proceeding: Preliminary Hearing
*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: October 5, 2021 |
| Deputy Clerk: Ashley Sanders | Time: 1:09 PM |
| USPO: None | Recess: 3:10 PM |
| Court Reporter: Digital | Total Time: 1 hour 44 min |
| Interpreter: none | |

Counsel for USA: Lisa Thelwell, AUSA
Counsel for Defendant: Alec Hall, FPD, Nicole Hardin and Percy King, AFPD

Court calls case and counsel enters appearances.

Government provides elements of each offense as charged in the complaint. Defense does not contest the elements of the first offense. The government will not be pursing charges under 18 U.S.C. § 373 - Solicitation to Commit a Crime of Violence.

Government calls Julio Fuentes, Special Agent.
Witness sworn.
Direct examination by Attorney Thelwell.
Cross examination by Attorney Hall.

2:29 PM        Court takes a brief recess to address another court matter.

2:46 PM        Court back in session.

Cross examination continues by Attorney Hall.
Re-direct examination by Attorney Thelwell.
Court questions witness.
Witness released.

Defendant concedes that there is probable case and does not make argument.

Recess.