UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,　　　　　Case No. 8:21-mj-1955-CPT

　　Plaintiff,　　☐
　　Government　　☒

☒ Evidentiary
☐ Trial
☐ Other

v.

DEANNA MARIE STINSON

　　Defendant　　☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 10/5/21 | 10/5/21 | Julio Fuentes, Special Agent | Criminal Complaint |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |