UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:21-mj-1955-CPT

DE ANNA MARIE STINSON
_____/

**O R D E R**

The cause came before the Court for a preliminary hearing on a complaint charging the Defendant with murder-for-hire, in violation of 18 U.S.C. § 1958, and solicitation to commit a crime of violence, in violation of 18 U.S.C. § 373. *See* (Doc. 1); Fed. R. Crim. P. 5.1. At the beginning of the hearing, the government advised that it would be proceeding only on the murder–for–hire charge. The government then called as its sole witness, FBI Special Agent Julio Fuentes, who offered testimony and other evidence regarding the Defendant's alleged involvement in this offense. After cross examining agent Fuentes, the Defendant—through her counsel—conceded that there was probable cause to support the murder-for-hire charge.

Based upon the evidence adduced at the preliminary hearing, as well as the Defendant's above concession, the Court finds that there is probable cause to believe that the Defendant committed the crime of murder-for-hire as alleged in the complaint.

SO ORDERED in Tampa, Florida, this 6th day of October 2021.

*[signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record